AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The American Equity Underwriters, Inc.

Serve:

C T Corporation System
4701 Cox Road, Ste. 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Harco National Insurance Company<br><br>*Plaintiff(s)*<br>v.<br>Carolina Marine Structures, Inc., et al.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00659 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* American Longshore Mutual Association

Serve:

C T Corporation System
4701 Cox Road, Ste. 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arshan Borhan
450 Alton Road, No. 1404
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B. Riley Advisory Services

Serve:

C T Corporation System
4701 Cox Road, Ste. 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher D. Coleman
360 Soundview Drive
Kill Devil Hills, NC 27948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carolina Marine Structures, Inc.

Serve:

Corporation Service Company
100 Shockoe Slip, Floor 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Crenshaw, Ware, & Martin, P.L.C.

Serve:

Donald C. Schultz
150 W. Main St., Suite 1923
Norfolk, VA 23510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.   Civil Action No. 1:25-cv-00659

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Enterprise Bank of South Carolina

Serve:

State Corporation Commission
1300 East Main Street
Tyler Building, 1st floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gary R. Kabot
8715 Dog Leg Road
Sherrills Ford, NC 28673

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| Harco National Insurance Company )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Carolina Marine Structures, Inc., et al. )<br>)<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:25-cv-00659 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Geosyntec Consultants, Inc.

Serve:

Corporation Service Company
100 Shockoe Slip., Fl. 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Parrot Surety Services, LLC

Serve:

Registered Agents Inc.
8401 Maryland Drive, Ste. S
Henrico, VA 23294

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

Harco National Insurance Company

*Plaintiff(s)*

v.    Civil Action No. 1:25-cv-00659

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Selective Insurance Company

Serve:

Corporation Service Company
100 Shockoe Slip., Fl. 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie Coleman
360 Soundview Drive
Kill Devil Hills, NC 27948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United Infrastructure Holdings, Inc.

Serve:

State Corporation Commission
1300 East Main Street
Tyler Building, 1st Floor
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Harco National Insurance Company

*Plaintiff(s)*

v.

Carolina Marine Structures, Inc., et al.

*Defendant(s)*

Civil Action No. 1:25-cv-00659

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wells Fargo Bank, National Association

Serve:

Corporation Service Company
100 Shockoe Slip., Fl. 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fred A. Mendicino
Faughnan Mendicino PLLC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____

*Signature of Clerk or Deputy Clerk*